**Order filed, April 16, 2012.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-12-00031-CR
_____

**RAYMOND EDWARD LEAL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 208th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1227701**

### ORDER

The reporter's record in this case was due **February 7, 2012**, 2012. *See* Tex. R. App. P. 35.1. On March 1, 2012, this court GRANTED a motion for extension of time to file the record to April 12, 2012. Because the reporter's record has not been filed timely, we issue the following order.

We order **the Official Court Reporter of the 208th District Court**, to file the record in this appeal **within 30 days** of the date of this order. No further extension will be entertained absent exceptional circumstances. The trial and appellate courts are jointly

responsible for ensuring that the appellate record is timely filed.  *See* Tex. R. App. P. 35.3(c).  If **the Official Court Reporter of the 208th District Court** does not timely file the record as ordered, we will issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.


PER CURIAM